UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
ELIJAH DAVIS,                             :     23cv18 (DLC)
                           Plaintiff,     :
                                          :     ORDER
          -v-                             :
                                          :
CITY OF NEW YORK, et al.,                 :
                                          :
                           Defendants.    :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

    The plaintiff filed this civil rights action on January 3, 2023. Counsel for defendant City of New York ("City") noticed an appearance on February 9, and the City answered the complaint on November 13. To date, the plaintiff has not filed proof of service of the summons and complaint on the individually named defendants as required by Fed. R. Civ. P. Rule 4(l)(1). Accordingly, it is hereby

    ORDERED that, by **November 27, 2023**, the plaintiff shall file proof of service and submit a letter to the Court detailing those efforts.

Dated:    New York, New York
           November 17, 2023

                                                  _____
                                                     DENISE COTE
                                        United States District Judge