

GERMAN RUBENSTEIN LLP

November 22, 2023

**VIA**
Hon. Denise L. Cote
United States District Judge
500 Pearl St.
New York, NY 10007-1312

      Re:     Davis v. City Of New York et al
                Case Number: 1:23-cv-00018-DLC

Dear Judge Cote:

      I write in response to Your Honor's November 20, 2023 Order, Docket No. 10.  Plaintiff timely served each of the individual defendants.  (See, Affidavits of Service with respect to the individual defendants annexed hereto).  Plaintiff apologizes to Your Honor for failing to previously file the Affidavits of Service with respect to the individual defendants.

      Very truly yours,

      s/: Joel Rubenstein
      JOEL M. RUBENSTEIN

## AFFIDAVIT OF SERVICE

**State of New York**                     **County of**                     **United States District Court**

Index Number: 1:23-CV-00018-DLC
Date Filed: 1/13/2023

Plaintiff: **ELIJAH DAVIS**
vs.
Defendant: **THE CITY OF NEW YORK, et al.**

For:
German Rubenstein, LLP
19 West 44th Street
Suite 1500
New York, NY 10036

Received by Nicoletti & Harris to be served on **DET Jason Vasquez, One Police Plaza, New York, NY 10038.**

I, Alex Colon, being duly sworn, depose and say that on the **19th day of January, 2023** at 9:29 am, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** with **Giogia Bono** at **One Police Plaza, New York, NY 10038**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** in a postpaid envelope addressed to: **One Police Plaza, New York, NY 10038** and bearing the words "Personal & Confidential" by First Class Mail on **1/19/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 130, Hair: Auburn, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF       New York)
COUNTY OF   New York)

_____
**Alex Colon**
2104765

Subscribed and Sworn to before me on the 19th day of January, 2023 by the affiant who is personally known to me.

_____
SUEGEIL M. MERCADO
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
LIC. # 01ME6434359
COMMISSION EXPIRES: JUNE 06, 2026

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2023000859



## AFFIDAVIT OF SERVICE

State of New York                County of                United States District Court

Index Number: 1:23-CV-00018-DLC
Date Filed: 1/13/2023

Plaintiff: **ELIJAH DAVIS**
vs.
Defendant: **THE CITY OF NEW YORK, et al.**

For:
German Rubenstein, LLP
19 West 44th Street
Suite 1500
New York, NY 10036

Received by Nicoletti & Harris to be served on **SGT David Pabon, Transit Bureau District 11, 161 Street Station & River Avenue, Bronx, NY 10451**.

I, Caswell Bryan, being duly sworn, depose and say that on the **22nd day of February, 2023** at 10:59 am, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons In A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** with **Sgt. S. Shah** at **Transit Bureau District 11, 161 Street Station & River Avenue, Bronx, NY 10451**, the said premises being the respondent's place of **Abode** within the State of New York.  Deponent completed service by mailing a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** in a postpaid envelope addressed to: **Transit Bureau District 11, 161 Street Station & River Avenue, Bronx, NY 10451** and bearing the words "Personal & Confidential" by First Class Mail on 2/22/2023 and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Black, Height: 5'4", Weight: 140, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF        New York)
COUNTY OF       New York)

Subscribed and Sworn to before me on the 22nd
day of February, 2023 by the affiant who is
personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

**Caswell Bryan**
2104027

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023002917



## AFFIDAVIT OF SERVICE

**State of New York**                 **County of**                    **United States District Court**

Index Number: 1:23-CV-00018-DLC
Date Filed: 1/13/2023

Plaintiff: **ELIJAH DAVIS**
vs.
Defendant: **THE CITY OF NEW YORK, et al.**

For:
German Rubenstein, LLP
19 West 44th Street
Suite 1500
New York, NY 10036

Received by Nicoletti & Harris to be served on **SGT David Pabon, Shield No. (Unknown) in his Official Capacity, One Police Plaza, Room 110A, New York, NY 10038**.

I, Alex Colon, being duly sworn, depose and say that on the **5th day of April, 2023** at **12:01 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** with **Giorgia Bono** at **One Police Plaza, Room 110A, New York, NY 10038**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** in a postpaid envelope addressed to: **One Police Plaza, Room 110A, New York, NY 10038** and bearing the words "Personal & Confidential" by First Class Mail on **4/6/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF   New York )

_____
**Alex Colon**
2104765

Subscribed and Sworn to before me on the 5th day
of April, 2023 by the affiant who is personally known
to me.

_____
Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2023005477





Personal & Confidential

ETTI & HARRIS, INC.
ue of the Americas, 9th FL
lew York, NY 10013

SGT David Pabon, Shield No.
(Unknown) in his Official Capacity, One
Police Plaza, Room 110A,
New York, NY 10038

## AFFIDAVIT OF NON-SERVICE

**State of New York**                           **County of**                    **United States District Court**

Index Number: 1:23-CV-00018-DLC
Date Filed: 1/13/2023

Plaintiff: **ELIJAH DAVIS**
vs.
Defendant: **THE CITY OF NEW YORK, et al.**

For:
German Rubenstein, LLP
19 West 44th Street
Suite 1500
New York, NY 10036

Received by Nicoletti & Harris to be served on **DET Marc Oconnell, One Police Plaza, New York, NY 10038**.

I, Alex Colon, being duly sworn, depose and say that on the **19th day of January, 2023** at **9:31 am**, I:

**NON-SERVED** the **Summons in A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** for the reason that I failed to find **DET Marc Oconnell** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
1/19/2023 9:31 am Attempted service at One Police Plaza, New York, NY 10038,
Ms Bono stated that she was not able to find Det. Marc Occonnell, in her database. Possibly name was spelled wrong according to her

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF      New York)
COUNTY OF   New York )

Subscribed and Sworn to before me on the 1st day
of February, 2023 by the affiant who is personally
known to me.

SUEGEIL M. MERCADO
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
LIC. # 01ME6434359
COMMISSION EXPIRES: JUNE 06, 2026

Alex Colon
2104765

**Nicoletti & Harris**
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023000861



**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Index #: | 1:23-CV-00018-DLC |
| Date Filed: | January 13, 2023 |
| Court Date: | |
| Assigned Justice: | |

ATTORNEY(S):   PH:
ADDRESS:   File No.: 2023002918

*ELIJAH DAVIS*

*Plaintiff*

vs.

*THE CITY OF NEW YORK, ET AL*

*Defendant*

STATE OF New York _____, COUNTY OF SUFFOLK SS.:

SHANNON PAIZ _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Wednesday, February 22, 2023** at **11:58 AM** .

at **32 JEAN ROAD, WEST ISLIP, NY 11795** _____ deponent served the within

CIVIL COVER SHEET,SUMMONS IN A CIVIL ACTION, COMPLAINT, JURY TRIAL DEMANDED ECF CASE

on: _____ **DET MARK OCONNELL** _____

_____ Defendant _____ therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person.
☒ Said premises is subjects [ ] actual place of business [ X] dwelling house (usual place of abode) within the state.

**#2 DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
☒ (use with #1, 2 or 3)  Sex: Male   Color of skin: White   Color of hair: Shaved   Age: 60   Height: Over 6ft
Weight: Over 200 lbs   Other Features: Balding

**#3 WIT FEES**
☐   $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 MILITARY SRVC** Your deponent asked person spoken to whether the defendant was in the active military service of the United States or New York and
☒ received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#5 OTHER**
☐

**#6 MAIL COPY** On _____, deponent completed service by depositing a true copy of each document
☐ the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.   Certified Mail #:

Sworn to before me on 02/22/2023

SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2026

SHANNON PAIZ
Server's Lic #
Invoice Work Order 2289812

*NICOLETTI & HARRIS INC., 101 AVENUE OF THE AMERICAS 9TH FLOOR NEW YORK , NY 10013*

## AFFIDAVIT OF SERVICE

State of New York                    County of              United States District Court

Index Number: 1:23-CV-00018-DLC
Date Filed: 1/13/2023

Plaintiff: **ELIJAH DAVIS**
vs.
Defendant: **THE CITY OF NEW YORK, et al.**

For:
German Rubenstein, LLP
19 West 44th Street
Suite 1500
New York, NY 10036

Received by Nicoletti & Harris to be served on **DET David Demelia, One Police Plaza, New York, NY 10038.**

I, Alex Colon, being duly sworn, depose and say that on the **19th day of January, 2023** at **9:29 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** with **Giogia Bono** at **One Police Plaza, New York, NY 10038**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Complaint with Jury Demand ECF Case** in a postpaid envelope addressed to: **One Police Plaza, New York, NY 10038** and bearing the words "Personal & Confidential" by First Class Mail on **1/19/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 130, Hair: Auburn, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF      New York)
COUNTY OF    New York)

**Alex Colon**
2104765

Subscribed and Sworn to before me on the 19th day of January, 2023 by the affiant who is personally known to me.

SUEGEIL M. MERCADO
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
LIC. # 01ME6434359
COMMISSION EXPIRES: JUNE 06, 2026

**Nicoletti & Harris**
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023000860

