

Granted. The conference is rescheduled for 3/22/24 at 10:30 am.

*/s/ Denise Cote*
2/12/24

February 12, 2024

Hon. Denise L. Cote
United States District Judge
500 Pearl St.
New York, NY 10007-1312

    Re:    Davis v. City Of New York et al
            Case Number: 1:23-cv-00018-DLC

Dear Judge Cote:

    I write, on behalf of all parties, to request a brief adjournment of this Friday's (2/16/24) Initial Pretrial Conference, as both parties have a conflict. I have a personal conflict and will be out of town for a Bar Mitzva. Defense counsel, KellyAnne Holohan, has a conflicting conference with a pro se plaintiff in the matter of *Price v. Simmons et al*, 1:15-cv-05871-KPF.

    We apologize for this conflict and thank Your Honor for considering this request.

                              Very truly yours,

                              s/: <u>Joel Rubenstein</u>
                            JOEL M. RUBENSTEIN