```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
ELIJAH DAVIS,                         :    23cv18(DLC)
                                      :
                        Plaintiff,    :    ORDER OF
             -v-                      :    DISCONTINUANCE
                                      :
CITY OF NEW YORK, et al,              :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 1, 2024**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         October 2, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge